PINHAS ZACHERY, Respondent, v CRYSTAL BITON, Appellant.

Submitted May 31, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief denied.

MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY INSURANCE COMPANY et al., Respondents.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

WILLIAM E. BURKHART, JR., Appellant, v STEVEN V. MODICA et al., Respondents.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Foreclosure of Tax Liens by COUNTY OF SCHUYLER. COUNTY OF SCHUYLER, Respondent; EDWARD SOLOMON JR., Respondent, and SOLOMON FINANCIAL CENTER, INC., Appellant. MARGARET E. STARBUCK, as County Treasurer of the County of Schuyler, et al., Respondents.

Submitted June 6, 2011; decided September 20, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.